UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTINA TUTTLE,<br><br>    Defendant. | CASE NO. MJ24-756<br>DSD NO. 21-CR-40119<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Supervised Release Violation

<u>Date of Detention Hearing</u>:    December 6, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged in the District of South Dakota with violating the

DETENTION ORDER
PAGE -1

conditions of supervised release in DSD NO. 21-CR-40119. She was arrested in this District, and has waived her right to an identity hearing, and an Order of Transfer has been signed. Defendant does not request a detention hearing in the arresting district, but rather requests that a detention hearing be scheduled in the charging district after counsel is appointed.

2. Defendant was not interviewed by Pretrial Services in this District, so much of her background information is unknown or unverified. She does have a criminal history that includes allegations of absconding from supervision. Accordingly, she poses a risk of nonappearance and a risk of danger.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 6th day of December, 2024.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3